# MICHAEL H. SPORN
### ATTORNEY AT LAW

(212) 791-1200
mhsporn@gmail.com

299 BROADWAY　　　　　　　　　　　　　　　　　　　　　　　　　　　42-40 BELL BOULEVA RD
NEW YORK, NEW YORK 10007　　　　　　　　　　　　　　　　　　　　BAYSIDE, NEW YORK 11361

July 15, 2022

Hon. Vernon S. Broderick
United States District Judge
Southern District of New York
40 Foley Square
New York, New York 10007

　　　　　　　　　　　Re:　United States v. Christopher Romero
　　　　　　　　　　　　　　Ind. No. 05 Cr. 184 (VSB)

Dear Judge Broderick:

　　　This letter is respectfully submitted to request that the status conference in this violation of supervised release currently scheduled for July 19, 2022 be adjourned to a date in early October convenient to the Court. I am currently out of town. In the interval until the requested adjourned date the parties will try to resolve this matter. The government consents. Thank you for your consideration of this matter.

　　　　　　　　　　　　　　　　　　　　　　　　　Respectfully submitted,

　　　　　　　　　　　　　　　　　　　　　　　　　Michael Sporn
　　　　　　　　　　　　　　　　　　　　　　　　　*Digitally signed by Michael Sporn
　　　　　　　　　　　　　　　　　　　　　　　　　DN: cn=Michael Sporn, o, ou,
　　　　　　　　　　　　　　　　　　　　　　　　　email=mhsporn@gmail.com, c=US
　　　　　　　　　　　　　　　　　　　　　　　　　Date: 2022.07.15 13:29:30 -04'00'*

　　　　　　　　　　　　　　　　　　　　　　　　　Michael H. Sporn

MHS/ss
Cc: Michael McGinnis,, Esq.

**APPLICATION GRANTED
SO ORDERED**
VERNON S. BRODERICK
U.S.D.J.   07/18/22

The violation of supervised release hearing scheduled for July 19, 2022, is hereby adjourned to October 4, 2022, at 11:00 AM.